# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1954

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of North Dakota. |
| Eleanar Pimentel-Mendiola, | * | |
| also known as Elias Moraila-Cortez, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  February 6, 2004

Filed:  February 13, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.


Eleanar Pimentel-Mendiola challenges the sentence imposed by the district court[*] after he pleaded guilty to illegal reentry. Pimentel-Mendiola's counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which he argues Pimentel-Mendiola's 46-month term of imprisonment is excessive. This argument

_____

[*]The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.

is unavailing.  <u>See</u> <u>United States v. Woodrum</u>, 959 F.2d 100, 101 (8th Cir. 1992).  We have also reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

We thus affirm the district court, and we grant counsel's motion to withdraw.

_____